UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------------------------X
STUART FORCE individually and as personal
representative of the ESTATE OF TAYLOR
FORCE,
*et al.*,

                      Plaintiffs-Appellants,

       -against-

QATAR CHARITY; QATAR NATIONAL
BANK and MASRAF AL RAYAN,
                      Defendants-Appellees.
----------------------------------------------------------X

Case No. 25-0276

**STIPULATION
OF DISMISSAL
OF APPEAL**

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure that the above-captioned appeal is dismissed without costs.

Dated: New York, New York
       March 20, 2025

                                    **FLEISCHMAN BONNER & ROCCO LLP**

                                    By: /s/ James P. Bonner
                                    James P. Bonner
                                    (jbonner@fbrllp.com)
                                    317 George Street
                                    New Brunswick, N.J. 08901
                                    Telephone: 646-415-1399

                                    *Attorneys for Plaintiffs-Appellants*

**DLA PIPER LLP (US)**

By: *[signature]*

John M. Hillebrecht
(john.hillebrecht@dlapiper.com)
1251 Avenue of the Americas
New York, N.Y. 10020
Telephone: 212-335-4590

*Attorneys for Defendant-Appellee
 Qatar Charity*


**ROPES & GRAY LLP**

By: *Michael G McGovern*

Michael G. McGovern
(michael.mcgovern@ropesgray.com)
1211 Avenue of the Americas
New York N.Y. 10036
Telephone: 212-596-9000

*Attorneys for Defendant-Appellee
 Qatar National Bank*


**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: *[signature]*

Carolina A. Fornos
(Carolina.fornos@pillsburylaw.com)
31 West 52nd Street
New York N.Y. 10019
Telephone: 212-858-1000

*Attorneys for Defendant-Appellee
 Masraf Al Rayan*

2